No. 01–7769.  JAMISON v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 01–7860.  HELTON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–8060.  GLOVER v. MIRO, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 01–8270.  HALL v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 01–8453.  WALKER v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 01–8860.  BLACK v. STEWART, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 01–8928.  CANNON v. GIBSON, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 01–8950.  WAMGET v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 01–8972.  SHABAZZ v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 01–8975.  LATHAM v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 01–8983.  HORNER v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 01–8985.  GREEN v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 01–8986.  HARVEY v. IDAHO.  Ct. App. Idaho.  Certiorari denied.

No. 01–8987.  GOODLOE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.